1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ANDREWS,                        1:09-cv-01429-BAK-GSA (HC)

12        Petitioner,                        ORDER GRANTING MOTION
                                             TO PROCEED IN FORMA PAUPERIS
13        vs.
                                             (DOCUMENT #3)
14  MICHAEL MARTEL, Warden,

15        Respondent.
                                    /
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20  prison trust account statement.  (Doc. 3).   Examination of these documents reveals that petitioner is

21  unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis (Doc.

22  3), is GRANTED.  See 28 U.S.C. § 1915.

23

24        IT IS SO ORDERED.

25        Dated:   **August 26, 2009**              _____ **/s/ Gary S. Austin** _____
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28